AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TRAMALE J HOOSER,**
**Petitioner,**

vs.                                                                 Case Number:   **06-2218**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus is denied.  Case terminated.

ENTER this 30th day of April 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK


s/K. Wynn
BY:  DEPUTY CLERK